**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>**v.**<br>**Pedro Estrada-Candelo**<br>YOB: 1981; Citizen of Mexico | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.** 26-10213MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about October 8, 2026, at or near Topawa, in the District of Arizona, **Pedro Estrada-Candelo**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on May 28, 2026, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about October 7, 2026, at or near Sasabe, in District of Arizona, **Pedro Estrada-Candelo**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Pedro Estrada-Candelo** is a citizen of Mexico. On May 28, 2026, **Pedro Estrada-Candelo** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On October 8, 2026, agents found **Pedro Estrada-Candelo** in the United States at or near Topawa, Arizona without the proper immigration documents. **Pedro Estrada-Candelo** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Pedro Estrada-Candelo** admitted to illegally entering the United States of America from Mexico on or about October 7, 2026, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| | |
|---|---|
| *DETENTION REQUESTED*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | **SIGNATURE OF COMPLAINANT (official title)**<br>[signature]<br>**OFFICIAL TITLE**<br>Taylor Garrett<br>Border Patrol Agent |
| **Sworn by telephone** x | |
| **SIGNATURE OF MAGISTRATE JUDGE**[1)]<br>[signature] | **DATE**<br>October 9, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee